In the Matter of NICHOLAS SCHREIBER, Respondent-Appellant, v K-SEA TRANSPORTATION CORP. et al., Appellants-Respondents.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 30 AD3d 101.

Motion by American Association for Justice for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of GREGORY V. SERIO, as Superintendent of the New York State Insurance Department Liquidation Bureau, et al., Appellants, v ALAN G. HEVESI, as Comptroller of the State of New York, Respondent.

Submitted August 6, 2007; decided September 6, 2007

Reported below, 40 AD3d 72.

Motions for leave to substitute Thomas P. DiNapoli as a party respondent in the place and stead of Alan G. Hevesi; Eric R. Dinallo as a party appellant in the place and stead of Gregory V. Serio; and Mark G. Peters as a party appellant in the place and stead of James P. O'Connor on the appeal herein granted.

In the Matter of SUSAN SPENCER, Respondent, v JAMES SPENCER, Appellant.

Submitted July 23, 2007; decided September 6, 2007

Reported below, 35 AD3d 980.

Motion by New York Chapter of the American Academy of Matrimonial Lawyers et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.